UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

    v.                                      Case No. 12-C-521

LANDMARK LOUNGE, INC. and
HAROLD HASSELL,

    Defendants.

**ORDER**

Plaintiff moved for summary judgment on July 25, 2013 and has since inquired as to the status of its motion, given that a trial is scheduled for September 26.

The motion for summary judgment will be denied. Although the Defendants did not respond to the motion, Civil Local Rule 56(a) requires specific notices to be sent to *pro se* litigants. The rule is designed to inform *pro se* litigants about the consequences of failing to respond to summary judgment motions, and there is no indication that such a notice was sent in this case. Accordingly, the motion for summary judgment is **DENIED**.

**SO ORDERED** this   13th   day of September, 2013.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court